390 A.2d 312

Norristown Excavating Contractors, Inc. v. Franklin Equity Corporation (et al., Appellant).

Norristown Excavating Contractors, INC. v. Franklin Equity Corporation, Appellant et al.

Argued March 27, 1978. E. Hughes, with him John G. Kaufman, for appellant at No. 2252, and appellee at No.

2317; John G. Berg, submitted a brief for appellant at No. 2317, and appellee at No. 2252; John C. Butera, for appellee, Norristown Excavating Contractors, Inc.

Order affirmed.